**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: <br> MALONE, MICHAEL J. <br> MALONE, DELFINA G. <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 05-56727 <br><br> JUDGE |

**DISTRIBUTION REPORT**

    I, <u>ILENE F. GOLDSTEIN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

    SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 16,341.22 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 42,602.80 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> $ 58,944.02

**DISTRIBUTION REPORT**  **PAGE 1**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of $ administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | 16,341.22 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  | ILENE F. GOLDSTEIN | 6,202.22 | 6,202.22 |
| 001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 8,745.00 | 8,745.00 |
| 002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 197.15 | 197.15 |
| 003 | Jodi E. Gimbel,P.C. | 1,120.00 | 1,120.00 |
| 004 | Jodi E. Gimbel,P.C. | 76.85 | 76.85 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession $ (DIP) administrative expenses) | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**                          **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                             **PAGE 3**

|  |  |  | TOTAL $ | 0.00 |
|---|---|---|---|---|

| **8.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 | | | 0.00 | 0.00% |
| $ | | | | |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL $ | 0.00 |

| **9.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §507(a)(7) - Alimony | | | 0.00 | 0.00% |
| $ | | | | |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL $ | 0.00 |

| **10.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §724(b)(6) - Tax Liens: | | | 0.00 | 0.00% |
| $ | | | | |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL $ | 0.00 |

| **11.** | **TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | | 0.00 | 0.00% |
| $ | | | | |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | | TOTAL $ | 0.00 |

                                                   **EXHIBIT D**

DISTRIBUTION REPORT                                                                                    PAGE 4

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | 90,212.24 | 47.23% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Capital Recovery One as assignee for Recovery Management Sys for GE Money Bank | 293.55 | 138.63 |
| 2 | Discover Bank/Discover Financial Services | 3,894.05 | 1,838.97 |
| 3 | Sallie Mae | 21,109.09 | 9,968.78 |
| 4 | Capital Recovery One as assignee for Recovery Management Sy for GE Money Bank | 614.86 | 290.37 |
| 5 | Credit First NA | 352.46 | 166.45 |
| 6 | Target National Bank (f.k.a. Retailers National Ba | 2,906.19 | 1,372.45 |
| 7 | Target National Bank (f.k.a. Retailers National Ba | 2,973.39 | 1,404.19 |
| 8 | Marshall Field | 179.77 | 84.90 |
| 9 | UNITED STATES DEPARTMENT OF EDUCATION | 2,586.30 | 1,221.38 |
| 10 | UNITED STATES DEPARTMENT OF EDUCATION | 42,854.01 | 20,237.83 |
| 11 | SMC c/o HSBC Bank Nevada NA / Carson Pirie Scott | 597.35 | 282.10 |

**DISTRIBUTION REPORT**                                                                             **PAGE 5**

| | | | |
|---|---|---:|---:|
| 12 | Card Processing Center | 1,563.87 | 738.54 |
| 13 | Citibank (USA) N.A. | 2,201.00 | 1,039.42 |
| 14 | Citibank (USA) N.A. | 5,139.81 | 2,427.28 |
| 15 | LVNV Funding LLC., its successors and assigns, as | 2,946.54 | 1,391.51 |
| | | TOTAL $ | 42,602.80 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(5) - Interest $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**  **PAGE 6**

§726(a)(6) - Surplus to Debtor        0.00      0.00%

$

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____          _____
                                        ILENE F. GOLDSTEIN, Trustee

**EXHIBIT D**