# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-56727 |
| | ) | |
| Michael and Delfina Malone | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Judge Susan Pierson Sonderby |

## AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF LAKE      )

I, Ilene F. Goldstein being first duly sworn upon oath, depose and state as follows:

1. I am a member of the firm of Law Offices of Ilene F. Goldstein, Chartered ("IFG Chtd.") and I am authorized to execute this affidavit on behalf of IFG Chtd.

2. I have read the Application for Allowance of Final Compensation and Reimbursement of Expenses of The Law Offices of Ilene F. Goldstein, Chartered ("Application"), and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. IFG Chtd. has performed the services described in the Application.

3. IFG Chtd. has not previously received any payments for any services rendered or to be rendered in connection with this case. IFG Chtd. has not entered into any agreement for the sharing of compensation received or to be received for services rendered to Trustee in connection with this matter, except as among the members and associates of firm

Further Affiant sayeth not.

_____
Ilene F. Goldstein

Subscribed and sworn to before me
this 7th day of October, 2008.

_____
Notary Public

OFFICIAL SEAL
LIZETTE F PERRELLI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/05/11