# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-56727 |
| | ) | |
| Michael and Delfina Malone | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. Susan Pierson Sonderby |

## AFFIDAVIT

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

I, Jodi Gimbel, being first duly sworn upon oath, depose and state as follows:

1. I am a member of the firm of Jodi E. Gimbel, P.C. ("Gimbel") and I am authorized to execute this affidavit on behalf of Gimbel.

2. I have read the Application for Allowance of Compensation and Reimbursement of Expenses of Gimbel, accountants for Ilene F. Goldstein, Trustee ("Application"), and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Gimbel has performed the services described in the Application.

3. Gimbel has not previously received payment for compensation or reimbursement of expenses for services rendered or to be rendered in any capacity in connection with this case. Gimbel has not entered into any agreement for the sharing of compensation received or to be received for services rendered to Trustee in connection with this matter, except as among the members and associates of firm.

Further Affiant sayeth not.

_____
Jodi E. Gimbel

SUBSCRIBED AND SWORN to before me this 28th day of July, 2008.

_____
Notary Public

OFFICIAL SEAL
LIZETTE F PERRELLI
NOTARY PUBLIC - STATE OF ILLINOIS
COMMISSION EXPIRES:07/05/11