# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>MALONE, MICHAEL J.<br>MALONE, DELFINA G.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-56727<br><br>JUDGE  SUSAN PIERSON SONDERBY |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO  the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **United States Bankruptcy Court** located at **the Dirksen Federal Building, 219 South Dearborn Chicago, Illinois**, **60604** in **Courtroom 642** or any other Court Room which may be assigned before  the Honorable Susan Pierson Sonderby

    on: **December 9, 2008**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a.  Receipts | $ | 59,044.31 |
| b.  Disbursements | $ | 100.29 |
| c.  Net Cash Available for Distribution | $ | 58,944.02 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $6,202.22 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 0.00 | $8,745.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 0.00 | | $197.15 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $1,120.00 | |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Expenses) | 0.00 | | $76.85 |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $90,212.24 have been allowed and will be paid *pro*

*rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 47.23%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery One as assignee for Recovery Management Sys for GE Money Bank | $ 293.55 | $ 138.63 |
| 2 | Discover Bank/Discover Financial Services | $ 3,894.05 | $ 1,838.97 |
| 3 | Sallie Mae | $ 21,109.09 | $ 9,968.78 |
| 4 | Capital Recovery One as assignee for Recovery Management Sy for GE Money Bank | $ 614.86 | $ 290.37 |
| 5 | Credit First NA | $ 352.46 | $ 166.45 |
| 6 | Target National Bank (f.k.a. Retailers National Ba | $ 2,906.19 | $ 1,372.45 |
| 7 | Target National Bank (f.k.a. Retailers National Ba | $ 2,973.39 | $ 1,404.19 |
| 8 | Marshall Field | $ 179.77 | $ 84.90 |
| 9 | UNITED STATES DEPARTMENT OF EDUCATION | $ 2,586.30 | $ 1,221.38 |
| 10 | UNITED STATES DEPARTMENT OF EDUCATION | $ 42,854.01 | $ 20,237.83 |
| 11 | SMC c/o HSBC Bank Nevada NA / Carson Pirie Scott | $ 597.35 | $ 282.10 |
| 12 | Card Processing Center | $ 1,563.87 | $ 738.54 |
| 13 | Citibank (USA) N.A. | $ 2,201.00 | $ 1,039.42 |
| 14 | Citibank (USA) N.A. | $ 5,139.81 | $ 2,427.28 |
| 15 | LVNV Funding LLC., its successors and assigns, as | $ 2,946.54 | $ 1,391.51 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposed to abandon the following property at the hearing: NONE

| Dated: | **October 28, 2008** | | For the Court, | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | By: | **KENNETH S. GARDNER** |
| | | | | Kenneth S. Gardner |
| | | | | Clerk of the United States Bankruptcy Court |
| | | | | 219 S. Dearborn Street; 7th Floor |
| | | | | Chicago, IL  60604 |

Trustee:   ILENE F. GOLDSTEIN
Address:   Law Offices of Ilene F. Goldstein, Chartered
           850 Central Ave.
           Suite 200
           Highland Park, Illinois 60035   Telephone # (847) 926-9595