**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>MALONE, MICHAEL J.<br>MALONE, DELFINA G.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-56727<br><br>JUDGE SUSAN PIERSON SONDERBY |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **United States Bankruptcy Court** located at **the Dirksen Federal Building, 219 South Dearborn Chicago, Illinois**, **60604** in **Courtroom 642** or any other Court Room which may be assigned before the Honorable Susan Pierson Sonderby

    on: **December 9, 2008**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 59,044.31 |
| b. Disbursements | $ | 100.29 |
| c. Net Cash Available for Distribution | $ | 58,944.02 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $6,202.22 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 0.00 | $8,745.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 0.00 | | $197.15 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $1,120.00 | |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Expenses) | 0.00 | | $76.85 |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $90,212.24 have been allowed and will be paid *pro*

*rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 47.23%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery One as assignee for Recovery Management Sys for GE Money Bank | $ 293.55 | $ 138.63 |
| 2 | Discover Bank/Discover Financial Services | $ 3,894.05 | $ 1,838.97 |
| 3 | Sallie Mae | $ 21,109.09 | $ 9,968.78 |
| 4 | Capital Recovery One as assignee for Recovery Management Sy for GE Money Bank | $ 614.86 | $ 290.37 |
| 5 | Credit First NA | $ 352.46 | $ 166.45 |
| 6 | Target National Bank (f.k.a. Retailers National Ba | $ 2,906.19 | $ 1,372.45 |
| 7 | Target National Bank (f.k.a. Retailers National Ba | $ 2,973.39 | $ 1,404.19 |
| 8 | Marshall Field | $ 179.77 | $ 84.90 |
| 9 | UNITED STATES DEPARTMENT OF EDUCATION | $ 2,586.30 | $ 1,221.38 |
| 10 | UNITED STATES DEPARTMENT OF EDUCATION | $ 42,854.01 | $ 20,237.83 |
| 11 | SMC c/o HSBC Bank Nevada NA / Carson Pirie Scott | $ 597.35 | $ 282.10 |
| 12 | Card Processing Center | $ 1,563.87 | $ 738.54 |
| 13 | Citibank (USA) N.A. | $ 2,201.00 | $ 1,039.42 |
| 14 | Citibank (USA) N.A. | $ 5,139.81 | $ 2,427.28 |
| 15 | LVNV Funding LLC., its successors and assigns, as | $ 2,946.54 | $ 1,391.51 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposed to abandon the following property at the hearing: NONE

| Dated: | **October 28, 2008** | | For the Court, | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | By: | **KENNETH S. GARDNER** |
| | | | | Kenneth S. Gardner |
| | | | | Clerk of the United States Bankruptcy Court |
| | | | | 219 S. Dearborn Street; 7th Floor |
| | | | | Chicago, IL 60604 |

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
 850 Central Ave.
 Suite 200
 Highland Park, Illinois 60035   Telephone # (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Oct 28, 2008
Case: 05-56727                 Form ID: pdf002              Total Served: 66


The following entities were served by first class mail on Oct 30, 2008.
db           +Michael J Malone,    2849 W Roscoe,    Chicago, IL 60618-5819
jdb          +Delfina G Malone,    2849 W Roscoe,    Chicago, IL 60618-5819
aty          +Neal Gainsberg,    Staver & Gainsberg, P C,    120 W Madison St,    Suite 520,
               Chicago, IL 60602-4302
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
10271956     +ABS Legal Services,    3601 N Ashland,    Chicago IL 60613-3660
10483516     +ACL Service Inc,    P O BOX 27901,    West Allis WI 53227-0901
10483951     +ACL/Aurora Con Lab,    8901 W Lincoln Ave,    Milwaukee WI 53227-2409
10668354     +AT & T Credit Management,    P O Box 57907,    Murray, UT 84157-0907
10483500      Advocate Ill Mas,    22393 Newtork Pl,    Chgo IL 60673
10483514      Advocate Northside,    22481 Network Pl,    Chgo IL 60673
10271947      BOA,   Box 1758,    Newark NJ 07101-1758
10271954     +Best Buy,   Box 17298,    Baltimore MD 21297-1298
10726604     +Card Processing Center,    P O Box 23356,    Pittsburgh, PA 15222-6356
10271950     +Carson Pirie Scott,    P O box 17633,    Baltimore MD 21297-1633
10483502     +Chgo Ped Clinic Corp,    1918 W Irving Pard Rd,    Chgo IL 60613-2408
10483512      Childrens Mem Hosp,    39006 Treasury Ctr,    Chgo IL 60694
10483507      Chld Mem Med Group,    75 Remittance Dr,    Chgo IL 60675
10483503      Chldrns Surg Foundation,    35422 Eagle Way,    Chgo IL 60678
10271937   +++Citibank (USA) N.A.,    P O Box 182149,    Columbus OH 43218-2149
10271940      Citicard,   Box 688901,    Des Moines IA 50368-8901
10668353     +Computer Credit Svc Co.,    P O Box 60201,    Chicago, IL 60660-0201
10688541     +Credit First NA,    P O Box 818011,    Cleveland, OH 44181-8011
10271939      Direct Loan/US Dept of Educ.,    P O box 530260,    Atlanta GA 30353-0260
10668355     +Firestone(Credit First),    P O Box 81307,    BK 14,    Cleveland, OH 44181-0307
10483501     +Hinsdale Ortho Assoc,    P O BOX 914,    LaGrange IL 60525-0914
10271953      Home Depot Credit Serv,    Processing Center,    Des Moines IA 50364-0500
10483952      IMMC Radiol. SC,    75 Remittance #5285,    Chgo IL 60675
10483948     +KCI USA Inc,    P O BOX 203084,    Houston TX 77216-3084
10271949      Lane Bryant,    P O Box 695728,    San Antonio TX 78265-5728
10271952      Linens N Things,    P O Box 5300993,    Atlanta GA 30353-0993
10271951      Lord & Taylor,    P O Box 94873,    Cleveland OH 44101-4873
10483944     +M R Salem Md & Assoc,    222 E Dundee Rd,    Wheeling IL 60090-3009
10693117     +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
10483511     +Med Exp Ambulance,    5650 Howard St,    Skokie IL 60077-2623
10483949     +Metro Gen Sur & Wound,    P O BOX 7170,    Libertyville IL 60048-7170
10483515      Midwest Diag Path,    75 Remittance Dr Dept 3070,    Chgo IL 60675
10483947      Midwest Diagnostic,    75 Remittance Dr #3070,    Chgo IL 60675
10483510     +Northside Neonatal,    9410 Compubill Dr,    Orland Park IL 60462-2627
10483506     +Northwest Rad Assoc,    520 E 22nd St,    Lombard IL 60148-6110
10483509      Ped Anes Assoc,    75 Remittance Dept 6187,    Chgo IL 60675
10483508     +Ped Fac Foundation,    P O BOX 2787,    Springfield IL 62708-2787
10271948      Providian,   Box 660847,    Dallas TX 75266-0487
10483505     +Quality Health Equip,    525 W Golf Rd,    Arlingtont Hts IL 60005-3904
10705377     +SMC c/o HSBC Bank Nevada NA / Carson Pirie Scott,    BOX 19249,    SUGARLAND TX 77496-9249
10683534     +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Ave,    Wilkes Barre PA 18706-1496
10271938      Sallie Mae,    P O Box 9500,    Wilkes Barre PA 18773-9500
10271941     +Sears,   Box 182149,    columbus OH 43218-2149
10271946     +Spiegel Charge,    P O Box 5810,    Hicksville NY 11802-5810
10668352     +State Collection Service,    P O Box 60201,    Chicago, IL 60660-0201
10271945     +Target Nat'l Bank,    P O Box 59317,    Minneapolis MN 55459-0317
10668351      Target National Bank,    Mail Stop 2BD,    P O Box 9475,    Minneapolis, MN 55440-9475
10692964     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10483950     +UCPG,   P O BOX 75307,    Chgo, IL 60690-6313
10704401      UNITED STATES DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    P.O. BOX 5609,
               GREENVILLE, TX 75403-5609
10668356     +WFNNB/Jesica London,    P O Box 182746,    Colombus, OH 43218-2746
10483946      Wellington Rad,    39006 Treasury Ctr,    Chgo IL 60694
10483513      Wellington Rad Group,    39006 Treasury Ctr,    Chgo IL 60694
10483504     +Zibute Saparackas,    150 E Huron # 1000,    Chgo IL 60611-2947
The following entities were served by electronic transmission on Oct 29, 2008.
12394930     +E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2008 05:48:15     Capital Recovery One,
               25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
10271944      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:49      Discover,   P O Box 30395,
               Salt Lake UT 84130-0395
10679609      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:49
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10734893      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC., its successors and assigns, as,    assignee of Washington Mutual Finance, L,
               Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
12390341      E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2008 05:48:15
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10673362     +E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2008 05:48:26
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LINENS N THINGS,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10684181     +E-mail/PDF: rmscedi@recoverycorp.com Oct 29 2008 05:48:27
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2                    Date Rcvd: Oct 28, 2008
Case: 05-56727                Form ID: pdf002          Total Served: 66

The following entities were served by electronic transmission (continued)
10271955         E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2008 05:47:04      Sam's Club,   P O Box 530942,
                 Atlanta GA 30353-0942
                                                                                                    TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12552424*    +Capital Recovery One,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12552461*    +Capital Recovery One,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
10483945*    +Ped Fac Foundation,    Box 2787,   Springfield, IL 62708-2787
10271942*    +Sears,   Box 182149,   columbus OH 43218-2149
10271943*    +Sears,   Box 182149,   columbus OH 43218-2149
                                                                                              TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2008**                         **Signature:**    _Joseph Speetjens_