IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| MALONE, MICHAEL J. | |
| MALONE, DELFINA G. | CASE NO. 05-56727 |
| | |
| | Honorable A. Benjamin Goldgar |
| Debtor(s) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE JUDGE GOLDGAR
       BANKRUPTCY JUDGE

     Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

     All checks have been cashed.  Evidence of cancelled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


 February 18, 2009              /s/ Ilene F. Goldstein, Trustee
DATE                            ILENE F. GOLDSTEIN, TRUSTEE